UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

QUENTIN WHITE,

                Plaintiff,                       **ORDER**
                                                        **09 CV 4238 (NGG)(LB)**

    -against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS MEDICAL UNIT,
JONECIA FERGUSON, SANDRA DOWLING,
TAMARA HARRISON and TIFFANY MASSEY,

                Defendants.

------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      By Order dated June 22, 2010, the Court directed defendants' counsel to provide the names and service addresses of the four officers plaintiff identified from photographs. See docket entry 24. Defendants' counsel provided the following names of the identified officers: Jonecia Ferguson, Sandra Dowling, Tamara Harrison, and Tiffany Massey. These four officers may all be served at Anna M. Kross Center, 18-18 Hazen Street, East Elmhurst, New York 11370. See docket entry 25. Plaintiff's complaint is hereby deemed amended to include defendants Jonecia Ferguson, Sandra Dowling, Tamara Harrison, and Tiffany Massey. The Clerk of Court is directed to prepare the necessary papers to have the above named defendants served with process. The United States Marshals Service is directed to serve the amended summons and complaint on defendants at the above address.

SO ORDERED.                                                 /S/

                                                                LOIS BLOOM
                                                                United States Magistrate Judge

Dated: June 25, 2010
       Brooklyn, New York