UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

QUENTIN WHITE,

                Plaintiff,                          **ORDER**
                                                                            **09 CV 4238 (NGG)(LB)**

    -against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS MEDICAL UNIT, et. al.,

                Defendants.

----------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

By letter dated August 13, 2010, plaintiff requests the Court adjourn the status conference scheduled for August 19, 2010 at 10:00 a.m. Plaintiff's request is granted. The Court shall hold the status conference in this case on September 23, 2010 at 2:30 p.m. in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York.

SO ORDERED.                                        /Signed by Judge Bloom/

                                                           LOIS BLOOM
                                                           United States Magistrate Judge

Dated: August 18, 2010
       Brooklyn, New York